UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
2005 JUL 15 P 3: 39
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
    DEPUTY

C. C. RIDER THOMAS,

vs.

ORDER RE: CERTIFICATE OF
APPEALABILITY

1:05-cv-337 OWW/LJO HC

RICHARD J. KIRKLAND,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____
_____
_____

__X__     Denied for the following reason:
          CLEAR BAR OF STATUTE OF LIMITATIONS
          UNTIMELY PETITION

Dated: 7-15-05

OLIVER W. WANGER
United States District Judge